UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BRADLEY CRAMER,

     Plaintiff,

v.                                            Case No:  2:17-cv-642-FtM-99MRM

ALYSSA L. WILLIS,

     Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on review of Plaintiff's "Complaint" (Doc. 15) and Certificate of Service (Doc. 16) filed on December 4, 2017. As Plaintiff's first Complaint was dismissed without prejudice (Doc. 14), the Court construes the filing as an Amended Complaint[2] and will direct the Clerk to correct the docket to reflect this. The Court also notes the Amended Complaint was filed nearly a week after the Court-imposed deadline. Plaintiff is warned the Court's orders are not mere suggestions and the Court expects strict compliance moving forward or this case will be dismissed.

The Court further notes the Certificate of Service (Doc. 16) states the Amended Complaint was served via mail on Defendant Alyssa L. Willis. Ms. Willis is represented by counsel; therefore, any filings must be sent to her attorney. Therefore, the Court will strike the Certificate of Service.

---

[1] Disclaimer: Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.

[2] The Court is satisfied at this point that diversity jurisdiction is properly pled.

Finally, Plaintiff's counsel is informed that any future filings must include a full signature block as required by this Court's local rules. See M.D. Fla. R. 1.06(d), Form of Pleadings, General Requirements.

Accordingly, it is now

**ORDERED:**

(1)     The Clerk is directed to edit Doc. 15 to state that it is an "Amended Complaint."

(2)     The Certificate of Service (Doc. 16) is **STRICKEN**. The Clerk is directed to make a notation on the docket that this entry is stricken.

**DONE** and **ORDERED** in Fort Myers, Florida this 5th day of December, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record